IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity Administrator of the United States Environmental Protection Agency<br><br>Defendant. | Civil Case No. 2:23-cv02646 JLS-PD<br><br>**ORDER GRANTING STIPULATION FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT (Doc. 20)** |

For good cause shown in the Stipulation Extending Time for Defendant to Answer or Otherwise Plead to Plaintiff's Initial Complaint (Doc. 20), filed by Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") ("Defendant"), and South Coast Air Quality Management District ("Plaintiff"), it is HEREBY ORDERED that Defendant is granted an extension of time, until December 18, 2023, for Defendant to answer or otherwise plead to Plaintiff's Complaint.

DATED:  November 5, 2023

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE