# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 2:23-cv-03545 JLS-PD<br>Case No. 2:23-cv-02646-JLS-PD<br><br>**ORDER CONSOLIDATING CASES** |

     Pursuant to the Stipulation to Consolidate Actions (Doc. 28) between Plaintiffs and Defendants in *South Coast Air Quality Management District v. Michael S. Regan*, United States District Court for the Central District of California Case No. 2:23-cv-02646-JLS-PD, filed on April 7, 2023 and *East Yard Communities for Environmental Justice v. United States Environmental Protection Agency*, United States District Court for the Central District of California Case No. 2:23-cv-03545 JLS-PD, filed on May 9, 2023 (collectively, the "Actions"), the Court finds that the Actions share common questions of law and fact such that consolidation of the Actions for all purposes would serve the interest of judicial economy, as contemplated by Rule 42(a) of the Federal Rules of Civil Procedure. Accordingly, the Court orders that the Actions are hereby consolidated for all purposes. However, such consolidation shall not prevent any party to the Actions from submitting its own motions, briefs, or other filings in the course of the Actions.

     All filings shall be made in *South Coast Air Quality Management District v. Regan*, case no. 2:23-cv-02646-JLS-PD, which will now be the master docket and master file for the consolidated actions.  The consolidated action shall bear the caption *South Coast Air Quality Management District, East Yard Communities for Environmental Justice, People's Collective for Environmental Justice & Sierra Club v. U.S. EPA & Michael Regan, in his official capacity*.  The case under case no. 2:23-cv-03545 JLS-PD is administratively closed.

IT IS SO ORDERED.

DATED:  November 27, 2023

                                                HON. JOSEPHINE L. STATON
                                                UNITED STATES DISTRICT JUDGE