TODD KIM
Assistant Attorney General
MARTIN F. McDERMOTT
martin.mcdermott@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.147
Washington, D. C. 20002
Telephone: (202) 514-4122
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

Plaintiff South Coast Air Quality Management District ("SCAQMD") and Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club (collectively, "Environmental Plaintiffs") and Defendants the United States Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as EPA Administrator (collectively, the "Parties") hereby jointly move the Court to enter the attached proposed Consent Decree (Exhibit 1 hereto). In support of this Joint Motion, the Parties state as follows:

1. Plaintiffs' Complaints in these consolidated cases allege that EPA failed to perform a duty mandated by CAA sections 110(k)(2)-(4), 42 U.S.C. §§ 7410(k)(2)-(4), to take final action to approve or disapprove, or conditionally approve, in whole or in part, a "SIP submittal" entitled "Final Contingency Measure Plan," submitted to EPA by the California Air Resources Board on or about December 31, 2019. SCAQMD Compl. ¶ 12; Env. Compl. ¶ 42. Plaintiffs further allege that the Final Contingency Measure Plan became complete by operation of law on July 1, 2020, and that EPA had a mandatory duty to take final action on the SIP submittal by July 1, 2021. The relief requested in the Complaints includes, among other things, an order from this Court to establish a date certain by which EPA must fulfill its obligations.

2. The Parties reached a settlement of these cases and prepared a draft Consent Decree effectuating that settlement, which provides that EPA will take final action on the SIP submittal no later than July 1, 2024. The proposed Consent Decree, if entered by the Court, will resolve all of Plaintiffs' claims, other than attorneys' fees and costs.

3  Section 113(g) of the CAA, 42 U.S.C. § 7413(g), requires EPA to provide "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. The proposed Consent Decree was noticed in the Federal Register on January 18, 2024. *Proposed Consent Decree, Clean Air Act Citizen Suit*, 89 Fed. Reg. 3,396-3,397 (Jan. 18, 2024). That notice and comment process is

now complete. EPA did not receive any comments that disclosed facts or considerations that indicate the Department of Justice or EPA should withhold their consent from the Consent Decree.

4. Through the Consent Decree, EPA and Plaintiffs indicated their agreement that the Consent Decree is fair, reasonable, and in the public interest.

WHEREFORE, the Parties respectfully move the Court to enter the proposed Consent Decree attached as Exhibit 1.

Respectfully submitted this 18th day of March, 2024 by:

/s/ Martin F. McDermott

MARTIN F. McDERMOTT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E. Suite 4.147
Washington, D.C.  20002
Telephone (202) 514-4122
martin.mcdermott@usdoj.gov

Of counsel:
JESSE LUEDERS, Office of Regional Counsel, U.S. EPA, Region IX

*Attorneys for Defendants*


/s/ Matthew D. Zinn

MATTHEW D. ZINN (State Bar No. 214587)
Shutte, Mihaly & Weinberger LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
zinn@smwlaw.com

*Attorney for Plaintiff South Coast Air Quality Management District*

s/ *Fernando Gaytan*

FERNANDO GAYTAN
ADRIANO L. MARTINEZ
Earthjustice
707 Wilshire Boulevard, Suite 4300
Los Angeles, CA 90017
Telephone: 415-217-2025
fgaytan@earthjustice.org;
amartinez@earthjustce.org

*Attorneys for Plaintiffs East Yard Communities, et al.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2024, a true and correct copy of the foregoing joint motion was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Martin F. McDermott