# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　Defendants. | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**ORDER GRANTING JOINT MOTION TO ENTER CONSENT DECREE (Doc. 31)** |

1    Plaintiff South Coast Air Quality Management District ("SCAQMD") and Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club (collectively, "Environmental Plaintiffs") and Defendants the United States Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as EPA Administrator (collectively, the "Parties") have jointly moved the Court to enter the proposed Consent Decree (submitted with the Parties' Joint Motion to Enter Consent Decree) (Doc. 31).

For the reasons stated in the Parties' Joint Motion, the said motion is hereby GRANTED, and upon the court's signature to the proposed Consent Decree, the Court will enter the said Consent Decree.  IT IS SO ORDERED.

DATED:  April 12, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE