BAYRON T. GILCHRIST (State Bar No. 212393)
General Counsel
BARBARA BAIRD (State Bar No. 81507)
Chief Deputy Counsel
BRIAN S. TOMASOVIC (State Bar No. 314279)
Principal Deputy District Counsel
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, California 91765
Telephone:(909) 396-3400
Facsimile: (909) 396-2961
bgilchrist@aqmd.gov
bbaird@aqmd.gov
btomasovic@aqmd.gov

MATTHEW D. ZINN (State Bar No. 214587)
LAUREN M. TARPEY (State Bar No. 321775)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:(415) 552-7272
Facsimile: (415) 552-5816
zinn@smwlaw.com
ltarpey@smwlaw.com

Attorneys for Plaintiff
SOUTH COAST AIR QUALITY
MANAGEMENT DISTRICT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**NOTICE OF STIPULATION** |

1  Administrator of the United States
2  Environmental Protection Agency,
3  　　　　　　Defendants.
4
5  　　TO THE COURT AND ALL PARTIES:
6  　　PLEASE TAKE NOTICE that pursuant to section 5 of the Consent
7  Decree entered by the Court in these consolidated cases on April 15, 2024 (Dkt.
8  33), the parties have executed the stipulation attached hereto as Exhibit A.
9
10 DATED: April 15, 2024　　　　　　SHUTE, MIHALY & WEINBERGER LLP
11
12
13 　　　　　　　　　　　　　　　　By: _____
14 　　　　　　　　　　　　　　　　　　MATTHEW D. ZINN
　　　　　　　　　　　　　　　　　　LAUREN M. TARPEY
15
16 　　　　　　　　　　　　　　　　Attorneys for Plaintiff
17 　　　　　　　　　　　　　　　　SOUTH COAST AIR QUALITY
　　　　　　　　　　　　　　　　MANAGEMENT DISTRICT
18
19
20
21
22
23
24
25
26
27
28

2

# EXHIBIT A

BAYRON T. GILCHRIST (State Bar No. 212393)
General Counsel
BARBARA BAIRD (State Bar No. 81507)
Chief Deputy Counsel
BRIAN S. TOMASOVIC (State Bar No. 314279)
Principal Deputy District Counsel
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, California 91765
Telephone: (909) 396-3400
Facsimile: (909) 396-2961
bgilchrist@aqmd.gov
bbaird@aqmd.gov
btomasovic@aqmd.gov

MATTHEW D. ZINN (State Bar No. 214587)
LAUREN M. TARPEY (State Bar No. 321775)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
zinn@smwlaw.com
ltarpey@smwlaw.com

Attorneys for Plaintiff
SOUTH COAST AIR QUALITY
MANAGEMENT DISTRICT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**STIPULATION** |

Administrator of the United States Environmental Protection Agency,

Defendants.

WHEREAS, on April 7, 2023, Plaintiff South Coast Air Quality Management District ("SCAQMD") filed lead Case No. 2:23-cv-02646 JLS-PD against Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("SCAQMD Compl.");

WHEREAS, on May 9, 2023, Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club (collectively, "Environmental Plaintiffs") filed now-consolidated Case No. 2:23-cv-03545 JLS-PD against the United States Environmental Protection Agency and Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA" or "Defendants") ("Env. Compl.");

WHEREAS, on November 27, 2023, this Court, on the parties' joint motion, consolidated these two related cases for all purposes, Dkt. 23;

WHEREAS, Plaintiffs allege that EPA has failed to perform a duty mandated by CAA sections 110(k)(2)-(4), 42 U.S.C. §§ 7410(k)(2)-(4), to take final action to approve or disapprove, or conditionally approve, in whole or in part, a "SIP submittal" entitled "Final Contingency Measure Plan," submitted to EPA by the California Air Resources Board on or about December 31, 2019. SCAQMD Compl. ¶ 12; Env. Compl. ¶ 42. Plaintiffs further allege that the Final Contingency Measure Plan became complete by operation of law on July 1, 2020, and that EPA had a mandatory duty to take final action on the SIP submittal by July 1, 2021, SCAQMD Compl. ¶ 14; Env. Compl. ¶ 46;

1     WHEREAS, the relief requested in the Complaints includes, among other
2 things, an order from this Court to establish a date certain by which EPA must
3 fulfill its obligations;

4     WHEREAS, the parties have approved in concept a settlement of these
5 cases and prepared a draft Consent Decree effectuating that settlement, which
6 provides that EPA will take final action on the SIP submittal no later than
7 July 1, 2024;

8     WHEREAS, on January 18, 2024, EPA published in the Federal Register
9 a notice of the proposed Consent Decree and solicitation of public comments
10 thereon;

11     WHEREAS, the last day for submission of public comments on the
12 proposed Consent Decree was February 20, 2024;

13     WHEREAS, following EPA's receipt and consideration of public
14 comments, the parties intend to execute the Consent Decree and file it for entry
15 by the Court;

16     WHEREAS, on February 2, 2024, EPA published in the Federal Register
17 a notice of its proposed action on the SIP submittal and solicitation of public
18 comments thereon;

19     WHEREAS, the last day for submission of public comments on EPA's
20 proposed action on the SIP submittal is March 4, 2024;

21     WHEREAS, SCAQMD has requested that EPA extend the time for public
22 comment by 30 days;

23     WHEREAS, such an extension of the comment period would justify a
24 concomitant 30-day extension of the deadline for final EPA action on the SIP
25 submittal provided for in the Consent Decree;

26     WHEREAS, on March 1, 2024, EPA published in the Federal Register a
27 notice of its decision to extend the deadline for submission of public comments

28

on its proposed action on the SIP submittal by 30 days, to and including April 3, 2024;

WHEREAS, Paragraph 5 of the Consent Decree provides that the parties may extend the deadline for final EPA action on the SIP submittal by stipulation and delivery to the Court of a notice of that stipulation; and

WHEREAS, the parties wish to stipulate to a 30-day extension of the comment period and 30-day extension of the deadline for final action on the SIP submittal.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Pursuant to Paragraph 5 of the Consent Decree, the deadline for EPA's final action on the SIP submittal set forth in Paragraph 1 of the Consent Decree shall be extended by 30 days, to and including July 31, 2024.

2. Within five court days after the Court's entry of the Consent Decree, SCAQMD shall file a Notice with the Court attaching a copy of this Stipulation, pursuant to Paragraph 5 of the Consent Decree.

3. This Stipulation may be executed in counterparts, and an electronic or facsimile copy shall be considered an original.

DATED: April 15, 2024        SHUTE, MIHALY & WEINBERGER LLP

By: _____
MATTHEW D. ZINN
LAUREN M. TARPEY

Attorneys for Plaintiff
SOUTH COAST AIR QUALITY
MANAGEMENT DISTRICT

STIPULATION
Case No. 2:23-cv-02646-JLS-PD

| | | |
|---|---|---|
| 1 | DATED: April 15, 2024 | EARTHJUSTICE |
| 2 | | |
| 3 | | By: _____ |
| 4 | | FERNANDO GAYTAN |
| 5 | | |
| 6 | | Attorneys for Plaintiffs EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB |
| 10 | DATED: April 15, 2024 | U.S. DEPARTMENT OF JUSTICE |
| 12 | | By: _____ |
| 13 | | MARTIN F. McDERMOTT |
| 14 | | |
| 15 | | Attorneys for Defendants the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency |

1770428.2

5

STIPULATION
Case No. 2:23-cv-02646-JLS-PD