## NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　Defendants. | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**ORDER GRANTING IN PART STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR ATTORNEYS' FEES (Doc. 35)** |

Plaintiff South Coast Air Quality Management District ("SCAQMD") and Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club (collectively, "Environmental Plaintiffs") and Defendants the United States Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as EPA Administrator (collectively, the "Parties") have jointly stipulated to entry of an order extending by 90 days (*i.e.*, until October 9, 2024) the current (July 11, 2024) Consent Decree deadline for Plaintiffs in these consolidated cases to file a motion for an award of attorneys' fees.

The parties, however, have not explained how they have effectively used the 90-day period they already sought to resolve any claim for costs or attorneys' fees or why they need an additional 90 days – a total of six months – to resolve the matter. Accordingly, IT IS HEREBY ORDERED that the relief requested in the Stipulation is GRANTED IN PART:

The deadline specified in the Consent Decree for Plaintiffs in these consolidated cases to file a motion for an award of attorneys' fees is extended until August 26, 2024.

DATED: July 14, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE