# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR ATTORNEYS' FEES (Doc. 37)** |

Plaintiff South Coast Air Quality Management District ("SCAQMD") and Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club (collectively, "Environmental Plaintiffs") and Defendants the United States Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as EPA Administrator (collectively, the "Parties") have jointly stipulated to entry of an order extending by 30 days (until September 25, 2024) the current deadline of August 26, 2024, set by order of this Court (Doc. 36), for Plaintiffs in these consolidated cases to file any motion for an award of attorneys' fees.

For the reasons stated in the Parties' joint Stipulation (Doc. 37), IT IS HEREBY ORDERED that the relief requested in the Stipulation is GRANTED:

The deadline for Plaintiffs in these consolidated cases to file a motion for an award of attorneys' fees is extended until September 25, 2024.

DATED: August 16, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE