FILED
CLERK, U.S. DISTRICT COURT
11/08/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

**DENIED**
BY ORDER OF THE COURT

The denial is without prejudice. The Court will not extend the deadline for Plaintiffs in these consolidated cases to file any motion for an award of attorneys' fees without first reviewing the parties' settlement agreement. If the parties have deemed the settlement confidential, the parties may file the settlement agreement under seal in accordance with C.D. Cal. R. 79-5.2.2.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**[PROPOSED] ORDER GRANTING FIFTH STIPULATION TO EXTEND TIME TO FILE FEE MOTIONS** |

Plaintiff South Coast Air Quality Management District ("SCAQMD") and Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club (collectively, "Environmental Plaintiffs") and Defendants the United States Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as EPA Administrator (collectively, the "Parties") have jointly stipulated to entry of an order extending by 120 days (until March 7,

2025) the current deadline of November 8, 2024, set by order of this Court (Doc. 40), for Plaintiffs in these consolidated cases to file any motion for an award of attorneys' fees.

For the reasons stated in the Parties' Joint Stipulation, IT IS HEREBY ORDERED that the relief requested in the Stipulation is GRANTED:

The deadline for Plaintiffs in these consolidated cases to file a motion for an award of attorneys' fees is extended until March 7, 2025.

DATED: _____, 2024

                              HON. JOSEPHINE L. STATON
                              UNITED STATES DISTRICT JUDGE