JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**ORDER DENYING FIFTH STIPULATION TO EXTEND TIME TO FILE FEE MOTIONS, ADMINISTRATIVELY CLOSING CASE, AND RESERVING JURISDICTION TO ENFORCE SETTLEMENT (Doc. 45)** |

The Court, having reviewed the parties' Fifth Stipulation to Extend Time to File Fee Motions, DENIES the request. Instead, the Court will reserve jurisdiction to enforce the Settlement Agreement, including any application for attorneys' fees and costs. Accordingly, the Court orders the clerk to administratively close this case.

DATED: November 13, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE